FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 10  PM 4: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUGUSTIN JULIEN A# 95-100-293** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-2410** |
| **MICHAEL CHERTOFF, ET AL.** | **SECTION "A" (3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that that the Government's motion to dismiss is **GRANTED** and that the petition of **Augustin Julien** for federal *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 9th day of March, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____